1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   DANIEL RAY CALDERON,                       No.  2:24-cv-01106-DJC-EFB (PC)

12              Plaintiff,

13        v.                                     ORDER

14   CDCR, et al.,

15              Defendants.

16

17        Plaintiff proceeds without counsel in this civil rights action seeking relief under

18   42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge

19   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On February 20, 2025, the Magistrate Judge filed findings and

21   recommendations herein which were served on all parties and which contained notice

22   to all parties that any objections to the findings and recommendations were to be filed

23   within fourteen days.  No party has filed objections to the findings and

24   recommendations.

25        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

26   304, this Court has conducted a de novo review of this case.  Having carefully

27   reviewed the entire file, the Court finds the findings and recommendations to be

28   supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 20, 2025 (ECF No. 8) are adopted in full;

2. Plaintiff's claims against the California Department of Corrections and Rehabilitation are dismissed as barred by the 11th Amendment; and

3. The Clerk of Court is directed to transfer the case to the District Court for the Central District of California.

IT IS SO ORDERED.

Dated:   **April 18, 2025**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE