JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL RAY CALDERON, | No. CV 25-3658-AB(E) |
| Plaintiff, | |
| v. | JUDGMENT |
| CDCR, ET AL., | |
| Defendants. | |

IT IS ADJUDGED that the action is dismissed without prejudice.

Dated:  August 8, 2025.

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE